**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANDREW J. ARRAND,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 2:16-cv-01293-RFB-VCF<br>**ORDER** |

    Before the Court is *Andrew J. Arrand v. Commissioner of Social Security*, case number 2:16-cv-01293-RFB-VCF.

    IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, May 15, 2017, in Courtroom 3D.

    The Clerk of the Court is directed to send a copy of this order to the AUSA's office.

    DATED this 8th day of May, 2017.

                                                                                     CAM FERENBACH<br>
                                                                                  UNITED STATES MAGISTRATE JUDGE