# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANDREW J. ARRAND,

        Plaintiff,

vs.

NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,

        Defendant.

2:16-cv-01293-RFB-VCF

**<u>ORDER</u>**

This matter involves Plaintiff Andrew J. Arrand's appeal from Defendant's final decision denying Arrand's social security benefits.

On August 1, 2017, the Court entered the Order Concerning Review of Social Security Cases, which set September 1, 2017 as the deadline to file a motion for remand and/or motion for reversal. (ECF No. 14). To date, a motion for remand and/or motion for reversal has not been filed.

Paragraph 12 of the Order Concerning Review states, "[f]ailure of a party to file a motion or points and authorities required by this Order may result in dismissal of the action or reversal of the decision of the SSA." *Id.*

Pursuant to LR IA 11-8, "[t]he Court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party appearing in pro se who, without just cause: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

Accordingly,

IT IS ORDERED that an Order To Show Cause Hearing is scheduled for April 4, 2018, at 11:00 a.m. in Courtroom 3D.

IT IS FURTHER ORDERED that on or before March 30, 2018, Plaintiff must file with the Court a response showing cause as to why he failed to comply with Court order and why the undersigned Magistrate Judge should not recommend that this case be dismissed as a sanction. No reply needed.

DATED this 23rd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE